# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 19, 2023 |
| TIME: | 3:00 P.M. |
| DOCKET NUMBER(S): | 19-cv-00253-EK; 19-cv-03638-RPK |
| NAME OF CASE(S): | Sebastiani v. Brooklyn Hospital Center et al; Sebastiani v. Lee |
| FOR PLAINTIFF(S): | Ricotta |
| FOR DEFENDANT(S): | Hoey, Walters |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (3:05 - 3:49) |

RULINGS FROM Motion Hearing:

Defendants' Letter MOTION for Discovery seeking an order from the Court directing Plaintiff to appear for his remote deposition [149] in case 19cv0253(EK) is granted. Plaintiff is ORDERED to appear for a remote deposition on February 14, 2023.

Defendant's Letter MOTION to Compel Deposition of Plaintiff [44] in case 19cv3638 (RPK) is granted. Plaintiff is ORDERED to appear on February 17, 2023 for an in-person deposition.

Parties shall file a joint letter by February 24, 2023 confirming that the depositions have been completed and advising the Court if any post-deposition discovery is required.